Johnny BREWER *v.* STATE of Arkansas

CR 95-607                                   901 S.W.2d 11

Supreme Court of Arkansas
Opinion delivered June 26, 1995

*Thomas B. Devine, III*, for appellant.

No response.

PER CURIAM. We treat this motion for rule on the clerk as a motion for a belated appeal. Appellant filed his notice of appeal on December 16, 1994 at 1:17 p.m., whereas the judgment was not entered until December 16, 1994 at 2:36 p.m. Under our rules the notice of appeal was of no effect. Ark. R. App. P. 4; *Kelly* v. *Kelly*, 310 Ark. 244, 835 S.W.2d 249 (1991).

■     We grant the motion for a belated appeal and direct that a copy of this opinion be forwarded to the Committee on Professional Conduct.